UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ERIBERTO DEJESUS,

Plaintiff,

-v-

PABLO ARISTIZABAL CORDO *and* PIPOS TRUCKING LLC,

Defendant.

26 Civ. 6609

ORDER

PAUL A. ENGELMAYER, District Judge:

On August 3, 2026, the Court received defendants' motion for removal from New York Supreme Court, Bronx County in the above-captioned case. Dkt. 1. Counsel for the removing defendant(s) are directed to serve a copy of this Order on each other party within 14 days following the date of this order; a copy of this Order must also be served with any subsequent process that brings in additional parties, and proof of such service must be filed promptly with the Court. If the removing defendant's counsel is unaware of the identity of counsel for any of the other parties, he or she must forthwith send a copy of this Order to that party personally.

Counsel for the removing defendant(s) are further directed to serve on all other parties and submit to the Court **within 14 days following the date of this order** a letter, filed on ECF, providing the following information:

1. Whether all defendants who had been served at the time of removal joined in the notice of removal.

2. Whether the notice of removal was dated more than 30 days after the first defendant was served.[1]

[1] Defendants' motion, dated July 31, 2026, states that the Complaint was "served upon both Defendants Pablo Aristizabal Cordo and PIPOS TRUCKING LLC on March 25, 2026 and Marh

3. If the action has been removed on the grounds of diversity jurisdiction, the citizenship of all named plaintiffs and all named defendants (including the citizenship of all members or partners in any non-corporate entity), if such states of citizenship were not set forth in the notice of removal.

If any plaintiff has a response to defendant's submission, that response must be submitted to the Court within 14 days of service of defendant's submission. Any motion to remand the action to state court based on procedural defects in the removal must be filed within 30 days of removal. *See* 28 U.S.C. § 1447(c).

SO ORDERED.

Paul A. Engelmayer

Paul A. Engelmayer
United States District Judge

Dated: August 5, 2026
New York, New York

---

[sic] respectively which is within thirty (30) days of the filing of this Petition." Dkt. 1 at 1. The Court directs counsel to clarify on what basis it contends that removal was not dated more than 30 days after the first defendant was served.